## Commonwealth *v.* Kelly, Appellant.

Argued October 30, 1927. Appeal No. 781, April T., 1928, by defendant from judgment of Q. S. Cambria County, March Sessions, 1927, No. 150, in the case of Commonwealth of Pennsylvania v. Sam Kelly. Before PORTER, P. J., HENDERSON, TREXLER, KELLER, LINN, GAWTHROP and CUNNINGHAM, JJ. Reversed.

OPINION BY PORTER, P. J., November 21, 1927:

This appeal presents the same questions, raised by identical assignments of error, involved in the case of Commonwealth v. Grove, in which an opinion has this day been filed, and for the reasons there stated, the judgment is reversed and a venire facias de novo awarded.